# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| KIM SHIPPY, | ) Civil Action No. 4:19-cv-00922-BHH-TER |
| Plaintiff, | ) |
| v. | ) |
| ANDREW SAUL,[1] Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

**AND NOW**, this **6th** day of December, 2019, upon consideration of the Commissioner's Motion to Remand, and Plaintiff's consent thereto, it is hereby

## ORDERED

that such motion is granted and this action is remanded to Defendant for further evaluation under sentence four of 42 U.S.C.§ 405(g).

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party. Fed. R. Civ. P. 25(d). *See also* 42 U.S.C. § 405(g) (providing that action survives regardless of any change in the person acting as the Commissioner of Social Security).